IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOHN H. RIPPLE, | § | |
| | § | No. 305, 2022 |
| | § | |
| Appellant-Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No.: N21A-05-002 |
| DELAWARE BOARD OF | § | |
| NURSING, | § | |
| | § | |
| Appellee-Below, | § | |
| Appellee. | § | |

Submitted: April 19, 2023
Decided: April 27, 2023

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **ORDER**

This 27th day of April, 2023, after careful consideration of the parties' briefs and the record on appeal, it appears that the Delaware Board of Nursing's April 14, 2021 Final Board Order should be affirmed on the basis of and for the reasons stated in the Superior Court's July 27, 2022 Order.

NOW, THEREFORE, IT IS ORDERED that the above-described orders of the Delaware Board of Nursing and the Superior Court are AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice